```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 12103
   MICHAEL L LOPEZ
   LYN M LOPEZ                             CHAPTER 13

                                          JUDGE: JOHN H SQUIRES
       Debtor
   SSN XXX-XX-5600    SSN XXX-XX-3025

-----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 07/06/07 .

     2.  The case was converted to Chapter 7 without confirmation, 10/10/2007.

     3.  The Debtor paid a total of $    884.00 .

     4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
-----------------------------------------------------------------------
PHH MORTGAGE FKA CENDANT CURRENT MORTG         .00            .00            .00
PHH MORTGAGE FKA CENDANT SECURED               .00            .00            .00
GMAC PAYMENT CENTER      SECURED VEHIC         .00            .00         855.92
HARRIS BANK CONSUMER LOA SECURED VEHIC         .00            .00            .00
ILLINOIS DEPT REVENUE    PRIORITY        NOT FILED            .00            .00
AMERICAN EXPRESS         UNSECURED       NOT FILED            .00            .00
ATHLETIC DECALS          UNSECURED       NOT FILED            .00            .00
BOGLE INTERNATIONAL      UNSECURED       NOT FILED            .00            .00
CAPITAL ONE BANK         UNSECURED       NOT FILED            .00            .00
CARSON PIRIE SCOTT       UNSECURED       NOT FILED            .00            .00
TELLER LEVIT & SILVERTRU UNSECURED       NOT FILED            .00            .00
CHASE MANHATTAN BANK USA UNSECURED       NOT FILED            .00            .00
CHASE MANHATTAN BANK USA UNSECURED       NOT FILED            .00            .00
CHASE MANHATTAN BANK USA UNSECURED       NOT FILED            .00            .00
CITI                     UNSECURED       NOT FILED            .00            .00
CJ SPORTS                UNSECURED       NOT FILED            .00            .00
COMP USA                 UNSECURED       NOT FILED            .00            .00
DISCOVER BANK            UNSECURED       NOT FILED            .00            .00
DIVERSIFIED SRVS         UNSECURED       NOT FILED            .00            .00
EAGLE CUSTOM SPORTS      UNSECURED       NOT FILED            .00            .00
-----------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
-----------------------------------------------------------------------
EASTON SAMPLE            UNSECURED       NOT FILED            .00            .00
TELLER LEVIT & SILVERTRU UNSECURED       NOT FILED            .00            .00
FIA CARD SERVICES        UNSECURED       NOT FILED            .00            .00
FOX VALLEY ICE ARENA     UNSECURED       NOT FILED            .00            .00
HARROW SPORTS            UNSECURED       NOT FILED            .00            .00
HOME DEPOT CREDIT SERVIC UNSECURED       NOT FILED            .00            .00
HSBC                     UNSECURED       NOT FILED            .00            .00
```

```
HUCK BOUMA                    UNSECURED       NOT FILED              .00         .00
KID GALAXY                    UNSECURED       NOT FILED              .00         .00
KOHLS                         UNSECURED       NOT FILED              .00         .00
M3 FINANCIAL SERVICES         UNSECURED       NOT FILED              .00         .00
MACYS                         UNSECURED       NOT FILED              .00         .00
MEDICAL COLLECTION SYSTE      UNSECURED       NOT FILED              .00         .00
MENARDS                       UNSECURED       NOT FILED              .00         .00
MERRILL LYNCH CREDIT COR      UNSECURED       NOT FILED              .00         .00
TELLER LEVIT & SILVERTRU      UNSECURED       NOT FILED              .00         .00
MONTREAL HOCKEY CO            UNSECURED       NOT FILED              .00         .00
NIKE/BAUER                    UNSECURED       NOT FILED              .00         .00
OLD NAVY                      UNSECURED       NOT FILED              .00         .00
OLD SECOND NATIONAL BANK      UNSECURED       NOT FILED              .00         .00
PAYNE SPORTS SALES            UNSECURED       NOT FILED              .00         .00
PEARLE VISION                 UNSECURED       NOT FILED              .00         .00
POYDENCE & CO                 UNSECURED       NOT FILED              .00         .00
QUEST DIAGNOSTIC              UNSECURED       NOT FILED              .00         .00
QUEST DIAGNOSTICS             UNSECURED       NOT FILED              .00         .00
RIEDELL SHOES                 UNSECURED       NOT FILED              .00         .00
SPORTS SPECIALTIES            UNSECURED       NOT FILED              .00         .00
STONE WHEEL INC               UNSECURED       NOT FILED              .00         .00
TARGET                        UNSECURED       NOT FILED              .00         .00
WILMETTE BICYCLE & SPORT      UNSECURED       NOT FILED              .00         .00
ZURICH NORTH AMERICA          UNSECURED       NOT FILED              .00         .00
```

Summary of disbursements:

|                   | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL  |
|-------------------|---------|----------|-----------|-------|--------|
| TOTAL CLMS ALLOWED|    .00  |    .00   |    .00    |  .00  |    .00 |
| PRINCIPAL PAID    | 855.92  |    .00   |    .00    |  .00  | 855.92 |
| INTEREST PAID     |    .00  |    .00   |    .00    |  .00  |    .00 |
| TOTAL PAID        | 855.92  |    .00   |    .00    |  .00  | 855.92 |

The Debtor's attorney, GROCHOCINSKI & GROCHOCINSKI   , was allowed $   1888.00 and was paid $   1000.00   direct and $        .00   through the plan.

The Trustee received $      28.08 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 01/14/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

```
                          PAGE   3
   CASE NO. 07 B 12103 MICHAEL L LOPEZ & LYN M LOPEZ
```